644 A.2d 729

**Richard L. BENNETT, Petitioner,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD, (HARTZ MOUNTAIN CORP. and Firemen's Fund Ins. Co.), Respondents.**

Supreme Court of Pennsylvania.

Aug. 3, 1994.

**434**

*ORDER*

PER CURIAM.

The petition for allowance of appeal is granted and the matter is remanded to the referee with instructions that it be decided in accordance with this Court's recent holding in *Dillon v. WCAB,* 536 Pa. 490, 640 A.2d 386 (1994).

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801 due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.